UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL J. KLEIN,

    Plaintiff,

v.

C. GRAVANCE,

    Defendant.

No. C 14-3443 NJV (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff describes an incident that occurred at Avenal State Prison which lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: September 11, 2014.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.14\Klein3443.trn.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL J. KLEIN,

    Plaintiff,

v.

C. GRAVANCE, et al,

    Defendants.
_____/

No.1:14-CV-3443 NJV

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 11, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael J. Klein
T27270
Avenal State Prison
330-1-6-5L
P.O. Box 903
Avenal, CA 93204

                 /s/ *Linn Van Meter*
                 Linn Van Meter
                 Administrative Law Clerk to the
                 Honorable Nandor J. Vadas